UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE GOVAN,<br>　　　　　Plaintiff,<br>　　v.<br>CITY OF OAKLAND, et al.,<br>　　　　　Defendants. | Case No. 18-cv-02644-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on May 6, 2018, and on May 7, 2018, Plaintiff received notice of the initial case management conference set for August 6, 2018. (Dkts. 1, 3.) The docket indicates that Plaintiff has not served Defendants. Further, Plaintiff and has not responded to the three requests to consent or decline to the jurisdiction of this Court. (Dkts. 4, 5, 6.) On August 1, 2018, the Court's Courtroom Deputy sent Plaintiff's counsel an electronic mail message asking him to file the past due case management statement as well as the consent/declination to proceed before a magistrate judge. Attorney Fulvio Cajina responded, "Will do. Thank you."

On August 6, 2018, Plaintiff failed to appear at the case management conference, did not file a case management statement, and did not file a consent/declination. Therefore, Plaintiff failed to comply with the Court's Initial Case Management Scheduling Order of May 7, 2018. (Dkt. 3.) Plaintiff also failed to serve Defendants within 90 days as required by Fed. R. Civ. P. 4(m). Therefore, the Court issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Plaintiff shall file a written statement by no later than August 13, 2018 showing cause as to why the case should not be dismissed for failure to prosecute. Failure to comply with this Order will result in a report and recommendation to a district court judge that the case be dismissed for

failure to prosecute.

**IT IS SO ORDERED**.

Dated: August 6, 2018



SALLIE KIM
United States Magistrate Judge