IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONNIE GOVAN,

    Plaintiff,

  v.

CITY OF OAKLAND, *et al.*,

    Defendant.

No. 18-02644 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION FOR DISMISSAL**

The undersigned judge has reviewed the report and recommendation of Magistrate Judge Kim dated October 30 (Dkt. No. 14). Any objections to Judge Kim's report and recommendation were due November 13. As of the date of this order, no objection has been filed. Accordingly, this order hereby **ADOPTS** the report and recommendation in full. For the reasons stated therein, this action is **DISMISSED** for failure to prosecute. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 20, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE